633 So.2d 452 (1994)
In Re Petition of David H. MASSEY for Reinstatement to the Practice of Law.
No. 93-BR-0713.
Supreme Court of Mississippi.
February 10, 1994.
Rehearing Denied March 24, 1994.
David H. Massey, pro se.
Michael B. Martz, Jackson, for respondent.
En Banc.
Petition of David H. Massey for Reinstatement to the Practice of Law is denied without prejudice.
HAWKINS, C.J., DAN M. LEE and PRATHER, P.JJ., and SMITH, SULLIVAN, PITTMAN, BANKS, McRAE and JAMES L. ROBERTS, Jr., JJ., concur.